**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| KRISTIN NICOLE WEAVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:20-cv-01394-TSE-TCB |
| v. | ) | |
| | ) | |
| LOUDOUN COUNTY SCHOOL BOARD, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

COMES NOW the plaintiff, Kristin Nicole Weaver, by counsel, pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), with the consent and agreement of counsel for defendants, as shown by endorsement below, and files this Stipulation of Dismissal dismissing this case and all defendants with prejudice.

Respectfully submitted,

**KRISTIN NICOLE WEAVER**
By Counsel

I ASK FOR THIS:

_____/s/_____
Thomas E. Strelka, Esquire (VSB # 75488)
L. Leigh R. Strelka, Esquire (VSB # 73355)
N. Winston West, IV, Esquire (VSB # 92598)
Brittany M. Haddox, Esquire (VSB # 86416)
Monica L. Mroz, Esquire (VSB # 65766)
STRELKA EMPLOYMENT LAW
119 Norfolk Avenue, S.W., Suite 330
Warehouse Row
Roanoke, VA 24011
Telephone: 540-283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
brittany@strelkalaw.com
monica@strelkalaw.com
Counsel for Plaintiff

SEEN AND AGREED:

_____/s/_____
Heather K. Bardot, Esquire
VSB No. 37269
BANCROFT, McGAVIN, HORVATH & JUDKINS
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone:     (703) 385-1000
Facsimile:     (703) 385-1555
hbardot@bmhjlaw.com
*Counsel for Defendants*